BOARD OF TRUSTEES OF DOUGLAS COUNTY SCHOOL DISTRICT, NEVADA, AND W. D. JONES, JOHN MICHELSEN, LOUIS BERGEVIN, GRAHAM HOLLISTER AND JOHN PASEK, CONSTITUTING SAID BOARD OF TRUSTEES, APPELLANTS, v. JOHN L. SAVAGE, RESPONDENT.

No. 4441

July 5, 1961                                363 P.2d 354

(Petition to Have Order Dismissing Appeal Set Aside denied July 27, 1961.)

*Carl F. Martillaro,* District Attorney, Douglas County, for Appellants.

*William J. Crowell,* of Carson City, for Respondent and Movant.

## OPINION

ON MOTION TO DISMISS APPEAL

*Per Curiam:*

Respondent has moved to dismiss this appeal for failure of appellants to file their record on appeal within the time designated by Rule 73 (g) NRCP.

The notice of appeal was filed January 12, 1961. The record on appeal was not filed with this court within

forty days from January 12, 1961, nor did the lower court extend the time for filing such record. One hundred and forty-five days after January 12, 1961, appellants filed their record on appeal. Appellants have not presented opposition to the motion to dismiss. Rule 26 S.C.R.

The appeal is dismissed.